IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH P. FRANKL, Regional Director, Region 20 NLRB<br><br>Plaintiff,<br><br>vs.<br><br>HGH CORPORATION, ET AL.,<br><br>Defendants.<br>_____ | CIVIL NO. 10-00014 JMS/RLP |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 23, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations To Grant In Part And Deny In Part Petitioner's Motion For

///

///

///

///

///

///

Attorneys' Fees And Related Non-Taxable Expenses; Appendix A" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 14, 2012.



　　　　　　　　　　　　　　　/s/ J. Michael Seabright
　　　　　　　　　　　　　　　J. Michael Seabright
　　　　　　　　　　　　　　　United States District Judge

*Frankl v. HTH Corp. et al.*, Civ. No. 10-00014 JMS/RLP Order Adopting Magistrate Judge's Findings and Recommendation